JAMES H. MOON (State Bar No. 268215)
  jamesmoon@dwt.com
MARK C. BURNSIDE (State Bar No. 323824)
  markburnside@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSTLESS WHOLESALE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON SERVICES LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.<br><br>**DEFENDANT AMAZON.COM SERVICES LLC'S NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441 (DIVERSITY)** |

NOTICE OF REMOVAL

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Defendant Amazon.com Services LLC ("Amazon") removes this case, originally filed in the Superior Court of the State of California for the County of Orange under case 30-2023-01313711-CU-BT-NJC, to the United States District Court of the Central District of California. Amazon removes this case pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, on the grounds set forth below.

1. On March 16, 2023, Costless Wholesale, Inc. ("Plaintiff") filed a complaint against Amazon in the Superior Court of the State of California for the County of Orange. The state court case is styled: *Costless Wholesale, Inc. v. Amazon Services LLC*, Case No. 30-2023-01313711-CU-BT-NJ (the "State Court Action").

2. The Complaint seeks, among other things, damages for breach of fiduciary duties, negligence, fraudulent concealment and nondisclosure, intentional misrepresentation, negligent misrepresentation, breach of relationship of trust and confidence, violation of California's unfair competition law (California Business & Professions Code §§ 17200 *et seq.*), breach of covenant of good faith and fair dealing, and breach of contract, as well as declaratory relief, allegedly arising from Plaintiff's distributor relationship with Amazon.

3. This Notice of Removal is timely filed within thirty days of the case becoming removable. *See* 28 U.S.C. § 1446(b)(1). Amazon first received a copy of the Complaint on June 22, 2023, when a copy was served on Amazon via personal service. No responsive pleadings have been filed by Amazon in the State Court Action.

5. Removal of this case is proper under 28 U.S.C. § 1441(a), which provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

NOTICE OF REMOVAL

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

6. The United States District Court of the Central District of California is the federal judicial district and division embracing Superior Court of the State of California for the County of Orange, where Plaintiff filed the State Court Action. 28 U.S.C. § 84(c)(3).

7. In compliance with 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served on Amazon are attached as **Exhibit A**.

8. Promptly after filing this Notice of Removal, Amazon will give written notice to Plaintiff, who is the only adverse party, and will file a copy of this Notice with the Clerk of the Superior Court of the State of California for the County of Orange pursuant to 28 U.S.C. § 1446(d). A true and correct copy of the Notice of Filing Notice of Removal is attached as **Exhibit B**.

9. This Court has original jurisdiction over this action under 28 U.S.C. § 1332(a)(1), which provides: "The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between—(1) citizens of different States."

10. This case satisfies the complete diversity requirement. Under 28 U.S.C. § 1332(c)(1), "a corporation shall be deemed to be a citizen of every State . . . by which it has been incorporated and of the State . . . where it has its principal place of business."

11. Plaintiff Costless Wholesale, Inc., is a California corporation with its principal place of business in California. *See* Compl. ¶ 2.

12. Amazon Services LLC, was incorporated in Nevada with its principal place of business in Seattle, Washington. Effective January 1, 2020, Amazon Services, LLC, merged into and became Amazon.com Services LLC, which is incorporated in Delaware with its principal place of business in Seattle, Washington. The sole member of Amazon.com Services LLC is Amazon.com Sales, Inc., which is incorporated in Delaware with its principal place of business in

NOTICE OF REMOVAL — 2

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Seattle, Washington. Therefore, Defendant Amazon.com Services LLC, is a citizen of Washington and Delaware.

13. The $75,000 amount-in-controversy requirement is also satisfied here. Plaintiff's Complaint seeks damages in excess of $75,000. Compl. ¶¶ 53 ("Plaintiff is entitled to the additional sum of $50,000,000 from Defendants"); 89 (same); 115 (same); 173 (similar); *see* Prayer for Judgment, ¶¶ 2 (seeking $50,000,000 on the first, third, fourth, sixth, eighth, and ninth causes of action); 17 (seeking $50,000,000 on all twelve causes of action).

16. By filing this Notice of Removal, Amazon does not waive, either expressly or impliedly, its respective rights to assert any defense they could have asserted in the Superior Court of the State of California for the County of Orange. Amazon reserves the right to amend or supplement this Notice of Removal, including its right to compel arbitration or move to dismiss the action for failure to state a claim.

WHEREFORE, Amazon gives notice that the State Court Action now pending in the Superior Court of the State of California for the County of Orange is removed to the United States District Court of the Central District of California.

DATED: July 24, 2023                    DAVIS WRIGHT TREMAINE LLP

                                        By: /s/ James H. Moon
                                            James H. Moon

                                        Attorneys for Defendant
                                        AMAZON.COM SERVICES LLC

3

NOTICE OF REMOVAL

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**PROOF OF SERVICE BY ELECTRONIC MAIL AND U.S. MAIL**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On July 24, 2023, I served the foregoing document(s) described as: **NOTICE OF REMOVAL UNDER 28 U.S.C. §1441 (DIVIERSITY)** by forwarding a portable document file to the electronic mail address(es) below and by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

Lawrence Hoodack, Esq.  
Law Offices of Lawrence Hoodack  
500 N. State College Blvd., Suite 1200  
Orange, CA  92868  
Email: lhoodack@lhdlegal.com

Telephone: (714) 634-2030  
Fax:  (714) 685-6719

*Attorney for Plaintiff*

☒ **(FROM ELECTRONIC MAIL ADDRESS** tonyafrazier@dwt.com**)** at Suite 2400, 865 South Figueroa Street, Los Angeles, California.

☒ I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

Executed on July 24, 2023, at Los Angeles, California.

☒ State — I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

☐ Federal — I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| Tonya Frazier | */s/ Tonya Frazier* |
|---|---|
| Print Name | Signature |